UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACOB VALINE,

                         Plaintiff,

-against-

PRESIDENT DONALD J. TRUMP, et al.,

                         Defendants.

25-CV-8317 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On October 14, 2025, the Court received a letter from Plaintiff, advising that he wishes to withdraw his complaint. (ECF 14.) The Court grants Plaintiff's request to withdraw this action. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a).[1]

The Court directs the Clerk of Court not to electronically transfer this action to the United States District Court for the District of Columbia. The Court also directs the Clerk of Court to terminate the motions filed at ECF 6-9, and 12.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

---

[1] A voluntary dismissal under Fed. R. Civ. P. 41(a) is without prejudice. "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).

appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: October 22, 2025
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge